# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2005

Clifford W. Taylor,
Chief Justice

128264

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EDITH T. MORRISON,
        Plaintiff-Appellee,

v

MACOMB HOSPITAL CENTER,
        Defendant-Appellant.

SC: 128264
COA: 258341
WCAC: 01-000071

_____/

      On order of the Court, the application for leave to appeal the February 23, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2005

_____
Clerk

11010